```
Daniel E. Becnel, Jr.
Becnel Law Firm, L.L.C.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
Attorneys for Plaintiffs
```

FILED

JUL 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-2144 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Ruth Allgood, et al.,<br><br>      Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>      Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Eugene Buettner, Charles Dixon, Walter Morris, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**

-1-

as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: July 22, 2010     By: _____

BECNEL LAW FIRM, L.L.C.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

*Attorneys for Plaintiffs*

DATED: July 22, 2010     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 23, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE